**Dismissed and Memorandum Opinion filed January 22, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00923-CV

## THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF P. A. P.

**On Appeal from Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 206898**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an "Order of Protective Custody" signed October 15, 2014, and an "Order Appointing Attorney on Petition for Order to Administer Psychoactive Medication" signed October 24, 2014. The record contains a dismissal order signed by the trial court on October 27, 2014, dismissing the cause for want of prosecution.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because the cause has been dismissed, there is no pending appealable order in the record.

On December 16, 2014, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless on or before December 29, 2014,appellant filed a response demonstrating grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.